IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:22-cr-97-RAH |
| | ) | |
| KAHLIA WASHINGTON | ) | |

# **ORDER**

This case is before the Court on a Recommendation of the Magistrate Judge entered on August 3, 2022. (Doc. 118.) There being no timely objections filed to the Recommendation, and after an independent review of the file, it is

ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. 118) to deny the Motion to Sever (Doc. 88) is ADOPTED; and

2. The Defendant's Motion to Sever (Doc. 88) is DENIED.

DONE, on this the 19th day of August, 2022.

        /s/ R. Austin Huffaker, Jr.
       R. AUSTIN HUFFAKER, JR.
       UNITED STATES DISTRICT JUDGE