IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:22-cr-97-RAH |
| | ) | |
| KAHLIA WASHINGTON | ) | |

**ORDER**

Pending before the Court is the Motion to Suppress Evidence Obtained through Title III Orders filed by Defendant Kahlia Washington. On July 19, 2022, the Magistrate Judge recommended the motion to suppress be denied. There being no timely objections filed to the Recommendation (Doc. 110), and after an independent review of the file, it is

ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. 110) to deny the Motion to Suppress (Doc. 87) is ADOPTED; and

2. The Defendant's Motion to Suppress (Doc. 87) is DENIED.

DONE, on this the 19th day of August, 2022.

                                        /s/ R. Austin Huffaker, Jr.
                                      R. AUSTIN HUFFAKER, JR.
                                      UNITED STATES DISTRICT JUDGE